# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MARVIN L. POINTER**                                                                     **PLAINTIFF**

**V.**                                 **4:19CV00898 JM**

**UNITED STATES POSTAL SERVICE**                                  **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 7th day of July, 2020.

                                                                                               _____
                                                                                               UNITED STATES DISTRICT JUDGE